584 A.2d 1388

**PHILADELPHIA ELECTRIC COMPANY, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (JOHN VONA).**

Supreme Court of Pennsylvania.

Argued Jan. 17, 1991.

Decided Feb. 6, 1991.

Vatche Kaloustian, Thomas F. McDevitt, for appellant.

I. Michael Luber, for John Vona.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

FLAHERTY and McDERMOTT, JJ., dissent.